FILED
CLERK U.S. DISTRICT COURT

MAY - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

03CR 711

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER [OF DETENTION] [SETTING |
| | ) CONDITIONS OF RELEASE] AFTER |
| v. | ) HEARING (18 U.S.C. §3148(b): |
| Olivia Gallegos | ) (Allegations of Violation of Pretrial |
| | ) Conditions of Release) |
| Defendant. | ) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

(A) ( ) Probable cause to believe that the defendant has committed a
Federal, State, or local crime while on release and/or

(B) (✓) Clear and convincing evidence that the defendant has violated any

1    any other condition of release; and

2  (2)   (A)   ( )   Based on the factors set forth in 18 U.S.C. §3142(g), there is no
3                condition or combination of conditions of release that will
4                assure that the defendant will not flee or pose a danger to the
5                safety or any other person or the community; or

6      (B)   ( )   The defendant is unlikely to abide by any condition or
7                combination of conditions of release.

8  (3)       ( )   There is probable cause to believe that, while on release, the
9                defendant committed a Federal, State, or local felony, and the
10               presumption that no condition or combination of conditions will
11               assure that the person will not pose a danger to the safety of any
12               other person or the community has not been rebutted.

13                              OR

14 (4)       ( )   The court finds that there are conditions of release that will
15               assure that the defendant will not flee or pose a danger to the
16               safety any other person or the community, and that the
17               defendant will abide by such conditions.   See separate Order
18               setting conditions.

19         ( )   It is further ordered that this order is stayed for 72 hours in order
20               to allow the Government to seek review from the assigned
21               district judge or criminal duty district judge as appropriate.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**OR**

C.

( )  IT IS ORDERED defendant be detained prior to trial.

DATED:  5/1/09

_____

UNITED STATES  MAGISTRATE JUDGE

3